UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

VARICIO DOUGLAS ALLEN,

        Defendant.

_____/

                                     **INDICTMENT**

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about March 19, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

VARICIO DOUGLAS ALLEN,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearm, which was in and affecting commerce: a loaded Baikal pistol, model IJ-70-18A pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

                A TRUE BILL

                [ /s/ Redacted ]
                _____
                GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
CLINT W. WESTBROOK
Assistant United States Attorney